**No. 55743.**—F. L. Kraemer & Co. and Jung Forwarding Company *v.* United States, petitions 6825–R and 6824–R (New York).

Opinion by Cole, J. In addition to the favorable record presented by the petitioners, Government counsel stated in open court that a customs agent's investigation disclosed nothing to charge petitioners with an intention to conceal or misrepresent the facts or to deceive the appraiser as to the value of the merchandise. The petitions were therefore granted.

Before the Third Division, July 5, 1951

**No. 55744.**—Mon Fong Wo Co. et al. *v.* United States, protests 165209–K, etc. (New York).

Opinion by Cline, J. It was stipulated that the merchandise in question consists of vegetables, prepared or preserved, not specially provided for, and not pickled or packed in salt or brine. In accordance with stipulation of counsel and following Abstract 55731, the claim at 17½ percent under paragraph 775, as modified by the General Agreement on Tariffs and Trade (T. D. 51802) and T. D. 51909, was sustained.

**No. 55745.**—William Faehndrich, Inc. *v.* United States, protests 12304–K and 979586–G (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise consists of Muenster and Tilsiter cheese similar in all material respects to the cheese which was the subject of *Wheeler & Miller* v. *United States* (6 Cust. Ct. 252, C. D. 475), the claim of the plaintiff was sustained.